20-2146, 20-2256, 23-2545

# In the United States Court of Appeals for the Eighth Circuit

INFODELI, LLC, ET AL.,
*PLAINTIFFS-APPELLANTS*

v.

WESTERN ROBIDOUX, INC., ET AL.
*DEFENDANTS-APPELLEES*

---

INFODELI, LLC, ET AL.,
*PLAINTIFFS-APPELLEES*,

v.

WESTERN ROBIDOUX, INC.,
*DEFENDANT-CROSS-APPELLANT*

---

On Appeal from the United States District Court,
For the Western District of Missouri
Case No. 4:15-cv-00364-BCW
Hon. Brian C. Wimes, United States District Judge

## Appellees' Renewed Joint Motion to Split Oral Argument

| | |
|---|---|
| SPENCER FANE LLP | STINSON LLP |
| Daniel E. Blegen<br>Kersten Holzhueter<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106<br>Tel.: 816-292-8109<br>Fax: 816-474-3216<br>dblegen@spencerfane.com<br>kholzhueter@spencerfane.com | Sean Colligan<br>1201 Walnut Street<br>Kansas City, Missouri 64106<br>Tel.: 816-842-8600 / 816-691-2360<br>Fax: 816-412-0997 / 816-691-3495<br>sean.colligan@stinson.com |
| *Attorneys for Defendant Western Robidoux, Inc.* | *Attorney for Defendants Ceva Animal Health, LLC and Shane Fairchild* |
| KNOPS LLC | TUCKER ELLIS LLP |
| Peter C. Knops<br>435 Nichols Rd., Suite 200<br>Kansas City, Missouri 64112<br>Tel.: 816-668-8376<br>pknops55@gmail.com | Nicholas B. Clifford<br>Chad M. Eggspuehler (Cleveland)<br>Kelly A. Baldini<br>100 South 4th St., Suite 600<br>St. Louis, MO 63102<br>Tel.: 314.256.2550<br>Fax: 314.256.2549<br>nicholas.clifford@tuckerellis.com<br>chad.eggspuehler@tuckerellis.com<br>kelly.meredith@tuckerellis.com |
| *Attorney for Defendant Engage Mobile Solutions, LLC* | *Attorneys for Defendant Boehringer Ingelheim Vetmedica, Inc.* |
| STANTON & REDLINGSHAFER, LLC<br>Janice E. Stanton<br>104 West 9th Street, Suite 303<br>Kansas City, MO 64105<br>Tel.: 816.641.5711<br>jstanton@sr-lawfirm.com | |
| *Attorney for Defendants Peter Burri, Cindy Burri, and Brian Burri* | |

Pursuant to Federal Rule of Appellate Procedure 27, Appellees Ceva Animal Health, LLC, Boehringer Ingelheim Vetmedica, Inc., Western Robidoux, Inc., Engage Mobile Solutions, LLC, Shane Fairchild, Peter Burri, Cindy Burri, and Brian Burri renew their motion for leave to split Appellees' allotted 20 minutes for oral argument, for the September 26, 2024 hearing, as follows:

1. Chad M. Eggspuehler, counsel for Defendant/Appellee Boehringer Ingelheim Vetmedica, Inc., will argue the issues in the First Appeal (20-2146, re: spoliation, copyright, state law claims tried to verdict) and Third Appeal (23-2545, re: omnibus post-trial motion, fees issues), for up to 17 minutes, on behalf of all Appellees, reserving any remaining time.

2. Daniel E. Blegen, counsel for Defendant/Appellee/Cross-Appellant Western Robidoux, Inc., will argue issues related to the contingent cross-appeal (20-2256), and any client-specific questions from the panel, for up to 3 minutes, and any reserved time.

3. Counsel for Ceva Animal Health, LLC, and Engage Mobile Solutions, LLC, will be present to answer any client-specific questions from the panel, but Appellees do not intend to reserve time for this purpose.

4. This request reflects the logistical needs and contributions of Appellees and Cross-Appellant, who submitted joint briefing in this matter, and is intended

to facilitate the Court's review of these appeals.

5. Appellants do not object to this motion.

WHEREFORE, for the reasons stated, Appellees respectfully request leave to split oral argument for the hearing set for the morning of September 26, 2024.

RESPECTFULLY SUBMITTED.

Date: September 11, 2024

| SPENCER FANE LLP | STINSON LLP |
|---|---|
| /s/ Daniel E. Blegen | /s/ Sean Colligan |
| Daniel E. Blegen<br>Kersten Holzhueter<br>1000 Walnut Street, Suite 1400<br>Kansas City, Missouri 64106<br>Tel.: 816-292-8109<br>Fax: 816-474-3216<br>dblegen@spencerfane.com<br>kholzhueter@spencerfane.com | Sean Colligan<br>1201 Walnut Street<br>Kansas City, Missouri 64106<br>Tel.: 816-842-8600 / 816-691-2360<br>Fax: 816-412-0997 / 816-691-3495<br>sean.colligan@stinson.com |
| *Attorneys for Defendant Western Robidoux, Inc.* | *Attorney for Defendants Ceva Animal Health, LLC and Shane Fairchild* |
| KNOPS LLC | TUCKER ELLIS LLP |
| /s/ Peter C. Knops | /s/ Chad M. Eggspuehler |
| Peter C. Knops<br>435 Nichols Rd., Suite 200<br>Kansas City, Missouri 64112<br>Tel.: 816-668-8376<br>pknops55@gmail.com | Nicholas B. Clifford<br>Chad M. Eggspuehler (Cleveland)<br>Kelly A. Baldini<br>100 South 4th St., Suite 600<br>St. Louis, MO 63102<br>Tel.: 314.256.2550<br>Fax: 314.256.2549<br>nicholas.clifford@tuckerellis.com<br>chad.eggspuehler@tuckerellis.com<br>kelly.meredith@tuckerellis.com |
| *Attorney for Defendant Engage Mobile Solutions, LLC* | *Attorneys for Defendant Boehringer Ingelheim Vetmedica, Inc.* |

STANTON & REDLINGSHAFER, LLC

/s/ Janice E. Stanton

Janice E. Stanton
104 West 9th Street, Suite 303
Kansas City, MO 64105
Tel.: 816.641.5711
jstanton@sr-lawfirm.com

*Attorney for Defendants Peter Burri,
Cindy Burri, and Brian Burri*

# CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because, excluding the parts of the document exempted, this document contains **242** words.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6), as required by Fed. R. App. P. 27(d)(1)(E), because this document has been prepared in Microsoft Word using Calisto MT 14-point font.


Dated: September 11, 2024          Respectfully Submitted,

                                   /s/ Chad M. Eggspuehler
                                   Chad M. Eggspuehler

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Appellees' Renewed Joint Motion to Split Oral Argument Time with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

Dated: September 11, 2024         Respectfully Submitted,

/s/ Chad M. Eggspuehler
Chad M. Eggspuehler