# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-2146

InfoDeli, LLC, a Missouri LLC and Breht C. Burri

Appellants

v.

Western Robidoux, Inc., a Missouri corporation and Engage Mobile Solutions, LLC

Appellees

Matthew Barksdale

CEVA Animal Health, LLC, et al.

Appellees

Connie Burri, et al.

------------------------------

Information Dignity Alliance

Amicus on Behalf of Appellant(s)


No: 20-2256

InfoDeli, LLC, a Missouri LLC and Breht C. Burri

Appellees

v.

Western Robidoux, Inc., a Missouri corporation

Appellant

Engage Mobile Solutions, LLC, et al.

------------------------------

Information Dignity Alliance

Amicus on Behalf of Appellee(s)

No: 23-2545

InfoDeli, LLC, a Missouri LLC and Breht C. Burri

Appellants

v.

Western Robidoux, Inc., a Missouri corporation and Engage Mobile Solutions, LLC

Appellees

Matthew Barksdale

CEVA Animal Health, LLC, et al.

Appellees

Connie Burri, et al.

------

Appeal from U.S. District Court for the Western District of Missouri - Kansas City
(4:15-cv-00364-BCW)
(4:15-cv-00364-BCW)
(4:15-cv-00364-BCW)

------

**ORDER**

The appellees' renewed joint motion for leave to split oral argument has been considered by the court and is granted.

September 12, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Maureen W. Gornik